# UNITED STATES DISTRICT COURT

**for**

## EASTERN DISTRICT OF NORTH CAROLINA
## NORTHERN DIVISION

**U.S.A. vs. Carie Ann Mosher**                    **Docket No. 2:09-CR-22-1D**

### Petition for Action on Supervised Release

COMES NOW J. Brock Knight, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Carie Ann Mosher, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute 50 Grams or More of Cocaine Base (Crack), 500 Grams or More of Cocaine, and a Quantity of Marijuana, in violation of 21 U.S.C. § 846, was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge, on June 8, 2010, to the custody of the Bureau of Prisons for a term of 60 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 5 years under the standard conditions adopted by the court and the following additional conditions:

1.    The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2.    The defendant shall participate in a program of mental health treatment, as directed by the probation office.

3.    The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

4.    The defendant shall cooperate in the collection of DNA as directed by the probation officer.

Carie Ann Mosher was released from custody on May 31, 2013, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On August 9, 2014, at approximately 12:38 a.m., the defendant was arrested by Trooper High of the North Carolina State Highway Patrol, in Columbia, North Carolina, and charged with Driving While Impaired (14CR50191). The charge is pending adjudication in Tyrrell County District Court. The defendant submitted to a portable breath test after the alleged incident and her blood alcohol content was documented as .14. When confronted by the undersigned probation officer on August

11, 2014, the defendant admitted she was operating a motor vehicle after consuming alcohol, and expressed sincere remorse for her conduct. Release from state custody was authorized on August 9, 2014, after the defendant posted a $1,400 unsecured bond. As a sanction for this conduct, service of 5 days custody and participation in substance abuse treatment are recommended.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 5 consecutive days and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

/s/ J. Brock Knight
J. Brock Knight
U.S. Probation Officer
201 South Evans Street, Room 214
Greenville, NC 27858-1137
Phone: 252-758-7200
Executed On: August 21, 2014

**ORDER OF COURT**

Considered and ordered this **25** day of **August**, 2014, and ordered filed and made a part of the records in the above case.

James C. Dever III
Chief U.S. District Judge